Wright and Company, appellee, v. Raymond F. Moore and Harry Bairstow, appellants. Gen. No. 37,623.

Opinion filed April 10, 1935. Rehearing denied April 22, 1935.

Luster & Luster, for appellants; Julian J. Luster, of counsel. Weinberg, Kjellander, O'Farrell & Ames, for appellee; Harold R. Kjellander, of counsel.

Mr. Presiding Justice Hebel delivered the opinion of the court.

Joseph Wencpal, appellant, v. Salomi Wencpal, appellee. Gen. No. 37,646.

Opinion filed April 10, 1935.

Anthony A. Slakis and Theodore A. Spence, for appellant. No appearance for appellee.

Mr. Presiding Justice Hebel delivered the opinion of the court.

James Gleatis, trading as Central Billiards, Sporting Goods and Novelties, appellee, v. The Century Insurance Company Limited, of Edinburgh, Scotland, appellant. Gen. No. 37,709.

Opinion filed April 10, 1935. Rehearing denied April 22, 1935.

Hicks & Folonie, for appellant. Abner Goldenson, for appellee.

Mr. Presiding Justice Hebel delivered the opinion of the court.

Irving I. Cohen and Lena Sherman, plaintiffs in error, v. Barney B. Libman, defendant in error. Gen. No. 37,257.

Opinion filed April 10, 1935. Rehearing denied April 22, 1935.

Abrams, Sherman & Lewis, for plaintiffs in error; Clyde C. Fisher, of counsel. No appearance for defendant in error.

Mr. Justice Hall delivered the opinion of the court.